# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HAGEMANN, RONALD T.<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70691 MB<br><br>HONORABLE MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 03/26/07. An order for relief under Chapter 7 was entered on 03/26/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of February 5, 2009 is as follows:

| | | | |
|---|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | | 9,221.88 |
| b. | DISBURSEMENTS (See Exhibit C) | | 4.17 |
| c. | NET CASH available for distribution | | 9,217.71 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 1,672.19 |
| | 2. | Trustee Expenses (See Exhibit E.) | 32.46 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 1,130.00 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5. The Bar Date for filing unsecured claims expired on 11/29/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 2,834.65 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 787,030.42 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.81% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was 0.00. Professional's compensation and expense requested but not yet allowed is $1,130.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,130.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $2,700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: _____2/5/09_____

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

## EXHIBIT A

### NARRATIVE

Case had some problems to start regarding either inadequate or non-disclosure of certain patents and licensing agreements. Case was difficult to administer because the value of the assets were some what esoteric. Debtor had a large account receivable from a related corporation that had no value unless one of the licensing agreement that said corporation had with an entity in New Zealand paid off. Had to wait about one year to see if there would be any commercial utilization of the patent in question, if there was there would have been $100,000.00 payout. Apparently, there was not and so the account receivable was somewhat worthless. Eventually assigned my interest in the account receivable and the underlying patent to the co-owners of the related LLC and also collected one partial income tax refund.

### TASKS PERFORMED BY TRUSTEE

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Collection of account receivables and undisclosed tax refunds.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-70691 MB | Trustee: (330400) | JOSEPH D. OLSEN |
|---|---|---|---|
| Case Name: | HAGEMANN, RONALD T. | Filed (f) or Converted (c): | 03/26/07 (f) |
| | | §341(a) Meeting Date: | 04/26/07 |
| Period Ending: | 02/05/09 | Claims Bar Date: | 11/29/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash/deposits | 550.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHG/furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Country Life Policy - Reassurance | 462.27 | 0.00 | DA | 0.00 | FA |
| 5 | 401K | 63,730.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 9,980.06 | 0.00 | DA | 0.00 | FA |
| 7 | Agvantage 1000 shares | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Mobile Logistics 1/3 ownership | Unknown | Unknown | | 4,500.00 | FA |
| 9 | US EE bonds | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 10 | Ressaurance Life Insur. policy (u) | 8,368.02 | 0.00 | DA | 0.00 | FA |
| 11 | A/R - Agvantage | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | A/R - Mobile Logistics (u) | 107,000.00 | Unknown | | 0.00 | FA |
| 13 | (3) expired or non-approved patents | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Tax refund (u) | 0.00 | 4,700.00 | | 4,700.00 | FA |
| 15 | Vehicles | 21,500.00 | 21,500.00 | DA | 0.00 | FA |
| 16 | Prototype container (u) | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Reassurance America Life Insurance (u)<br>Added as a double entry (see #10) | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 02/05/2009 12:48 PM   V.11.03

Case 07-70691    Doc 40    Filed 02/12/09    Entered 02/12/09 10:13:42    Desc Main
Document      Page 6 of 16

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-70691 MB  
**Case Name:** HAGEMANN, RONALD T.  
**Period Ending:** 02/05/09

**Trustee:** (330400)    JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/26/07 (f)  
**§341(a) Meeting Date:** 04/26/07  
**Claims Bar Date:** 11/29/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Int | INTEREST (u) | Unknown | N/A | | 21.88 | Unknown |
| 18 | Assets    Totals (Excluding unknown values) | $414,240.35 | $26,200.00 | | $9,221.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Case involves the development of a patent owned by Mobile Logistics, but licensed to a New Zealand firm. If they make commercial sales by a date certain they are obligated to pay royalties. Waiting on period to expire and accounting for commercial sales by New Zealand firm. If royalties are paid, entities listed and account receivable may have value.

**Initial Projected Date Of Final Report (TFR):** December 31, 2009      **Current Projected Date Of Final Report (TFR):** December 31, 2009

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-70691 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | HAGEMANN, RONALD T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*84-65 - Money Market Account |
| Taxpayer ID #: | 13-7572855 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/27/07 | {14} | Julie M. Hagemann | one-half interest in 06 tax return | 1224-000 | 4,700.00 | | 4,700.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.08 | | 4,700.08 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.59 | | 4,702.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.34 | | 4,705.01 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.76 | | 4,707.77 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.44 | | 4,710.21 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.39 | | 4,712.60 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.15 | | 4,714.75 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.96 | | 4,715.71 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.87 | | 4,716.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.65 | | 4,717.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,717.82 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,718.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,719.00 |
| 07/31/08 | | To Account #\*\*\*\*\*\*\*\*8466 | Pay bond premmium | 9999-000 | | 4.17 | 4,714.83 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.56 | | 4,715.39 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.61 | | 4,716.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.51 | | 4,716.51 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.37 | | 4,716.88 |
| 12/15/08 | {8} | Mobile Logistics Management, LLC | 1/3 ownership | 1129-000 | 4,500.00 | | 9,216.88 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,217.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,217.68 |
| 02/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 9,217.71 |
| 02/03/09 | | To Account #\*\*\*\*\*\*\*\*8466 | Preparation of F. Rpt (under $10,000) | 9999-000 | | 9,217.71 | 0.00 |
| | | | Subtotals : | | $9,221.88 | $9,221.88 | |

{} Asset reference(s)     Printed: 02/05/2009 12:48 PM    V.11.03

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-70691 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | HAGEMANN, RONALD T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****84-65 - Money Market Account |
| Taxpayer ID #: | 13-7572855 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/05/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,221.88 | 9,221.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,221.88 | |
| | | | Subtotal | | 9,221.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | **$9,221.88** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-70691 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | HAGEMANN, RONALD T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****84-66 - Checking Account |
| Taxpayer ID #: | 13-7572855 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #********8465 | Pay bond premmium | 9999-000 | 4.17 | | 4.17 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #07-70691, Bond Number 016018067 | 2300-000 | | 4.17 | 0.00 |
| 02/03/09 | | From Account #********8465 | Preparation of F. Rpt (under $10,000) | 9999-000 | 9,217.71 | | 9,217.71 |
| | | | **ACCOUNT TOTALS** | | 9,221.88 | 4.17 | $9,217.71 |
| | | | Less: Bank Transfers | | 9,221.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4.17** | |

Net Receipts : 9,221.88
Net Estate : $9,221.88

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 9,221.88 | 0.00 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 4.17 | 9,217.71 |
| | $9,221.88 | $4.17 | $9,217.71 |

{} Asset reference(s)    Printed: 02/05/2009 12:48 PM   V.11.03

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HAGEMANN, RONALD T.<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70691 MB<br><br>HONORABLE MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,834.65 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,383.06 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 9,217.71 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　PAGE 1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $2,834.65 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Yalden, Olsen & Willette | 1,130.00 | 1,130.00 |
| | JOSEPH D. OLSEN | 1,672.19 | 1,672.19 |
| | JOSEPH D. OLSEN | 32.46 | 32.46 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**  PAGE 3

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $787,030.42 | 0.81% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Discover Bank/DFS Services LLC | 14,045.49 | 113.91 |
| 2 | Chase Bank USA | 10,157.06 | 82.38 |
| 3 | Chase Bank USA | 8,671.36 | 70.33 |
| 4 | AMCORE BANK, N.A. | 754,156.51 | 6,116.44 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS** PAGE 5

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 6

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Secured | 5 | Numark Credit Union<br>9809 W. 55th Street<br>Countryside, IL 60525- | $ 5,332.06 | Allowed but no distribution to be made |
| Secured | 6 | Numark Credit Union<br>9809 W. 55th Street<br>Countryside, IL 60525- | $ 15,435.35 | Allowed but no distribution to be made |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:　　2/5/09　　　　　　　　　s/s   Joseph D. Olsen
　　　　　　　　　　　　　　　　　　JOSEPH D. OLSEN, Trustee