Case Name: HAGEMANN, RONALD T.
Case No:    07-70691

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 12, 2009        WILLIAM T. NEARY
                                        United States Trustee, Region 11


                                      BY:   */s/ Carole J. Ryczek*
                                                 CAROLE J. RYCZEK
                                                 Attorney for the U.S. Trustee