**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>HAGEMANN, RONALD T.<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-5562 13-7572855<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70691 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MARCH 18, 2009** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,130.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,672.19 | |

| JOSEPH D. OLSEN | 0.00 | 32.46 |

Trustee

4. The Trustee's Final Report shows total:

    a. Receipts      $_____9,221.88

    b. Disbursements      $_____4.17

    c. Net Cash Available for Distribution      $_____9,217.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $6,383.06, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $787,030.42.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    2/5/09                          s/s Joseph D. Olsen

DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1         Date Rcvd: Feb 13, 2009
Case: 07-70691                Form ID: pdf002            Total Served: 15

The following entities were served by first class mail on Feb 15, 2009.
db           +Ronald T. Hagemann,    313 East Grant Highway,    Marengo, IL 60152-3341
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +George P Hampilos,    Schirger, Monteleone, Hampilos,    308 West State Street,    Suite 210,
               Rockford, IL 61101-1140
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11666627      AMCORE BANK, N.A.,    c/o Matthew M. Hevrin,     HINSHAW & CULBERTSON LLP,    100 Park Avenue,
               P.O. Box 1389,    Rockford, IL  61105-1389
11260702     +Amcore Bank N.A.,    % Matthew M. Hevrin, Esq.,    P.O. Box 1389,    Rockford, IL 61105-1389
11260703      Capital One FSB,    P.O. Box 60067,    City Of Industry, CA  91716-0067
11260704     +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
11610114      Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11260705      Citi Cards,    P.O. Box 699815,    Des Moines, IA  50368-8915
11260700     +Hagemann Ronald T,    313 East Grant Highway,    Marengo, IL 60152-3341
11260707     +Numark Credit Union,    9809 W. 55th Street,    Countryside, IL 60525-3634
11260701     +Schirger Monteleone & Hampilos PC,    308 West State Street #210,    Rockford, IL 61101-1140

The following entities were served by electronic transmission on Feb 13, 2009.
11260706      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2009 19:49:58      Discover Bank,
               P.O. Box 15251,    Wilmington, DE  19850-5251
11593375      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2009 19:49:58
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 15, 2009**                    **Signature:**   _Joseph Speetjens_