## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HAGEMANN, RONALD T.            § Case No. 07-70691
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $307,240.35 | Assets Exempt: $78,472.33 |
| Total Distribution to Claimants: $6,383.06 | Claims Discharged Without Payment: $780,647.36 |
| Total Expenses of Administration: $2,838.82 | |

3) Total gross receipts of $ 9,221.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,221.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $20,767.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,708.82 | 2,838.82 | 2,838.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 787,030.42 | 787,030.42 | 6,383.06 |
| TOTAL DISBURSEMENTS | $0.00 | $809,506.65 | $789,869.24 | $9,221.88 |

4) This case was originally filed under Chapter 7 on March 26, 2007. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2009         By: /s/JOSEPH D. OLSEN
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Mobile Logistics 1/3 ownership | 1129-000 | 4,500.00 |
| Tax refund | 1224-000 | 4,700.00 |
| Interest Income | 1270-000 | 21.88 |
| **TOTAL GROSS RECEIPTS** | | **$9,221.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Numark Credit Union | 4110-000 | N/A | 5,332.06 | 0.00 | 0.00 |
| Numark Credit Union | 4110-000 | N/A | 15,435.35 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$20,767.41** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,672.19 | 1,672.19 | 1,672.19 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 32.46 | 32.46 | 32.46 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,130.00 | 1,130.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.17 | 4.17 | 4.17 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,708.82 | $2,838.82 | $2,838.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 14,045.49 | 14,045.49 | 113.91 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA | 7100-000 | N/A | 10,157.06 | 10,157.06 | 82.38 |
| Chase Bank USA | 7100-000 | N/A | 8,671.36 | 8,671.36 | 70.33 |
| AMCORE BANK, N.A. | 7100-000 | N/A | 754,156.51 | 754,156.51 | 6,116.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $787,030.42 | $787,030.42 | $6,383.06 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-70691
Case Name: HAGEMANN, RONALD T.

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 03/26/07 (f)
§341(a) Meeting Date: 04/26/07

Period Ending: 07/14/09

Claims Bar Date: 11/29/07

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash/deposits | 550.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHG/furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Country Life Policy - Reassurance | 462.27 | 0.00 | DA | 0.00 | FA |
| 5 | 401K | 63,730.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 9,980.06 | 0.00 | DA | 0.00 | FA |
| 7 | Agvantage 1000 shares | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Mobile Logistics 1/3 ownership | Unknown | Unknown | | 4,500.00 | FA |
| 9 | US EE bonds | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 10 | Ressaurance Life Insur. policy (u) | 8,368.02 | 0.00 | DA | 0.00 | FA |
| 11 | A/R - Agvantage | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | A/R - Mobile Logistics (u) | 107,000.00 | Unknown | | 0.00 | FA |
| 13 | (3) expired or non-approved patents | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Tax refund (u) | 0.00 | 4,700.00 | | 4,700.00 | FA |
| 15 | Vehicles | 21,500.00 | 21,500.00 | DA | 0.00 | FA |
| 16 | Prototype container (u) | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Reassurance America Life Insurance (u) Added as a double entry (see #10) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 21.88 | FA |
| 18 | Assets   Totals (Excluding unknown values) | $414,240.35 | $26,200.00 | | $9,221.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Case involves the development of a patent owned by Mobile Logistics, but licensed to a New Zealand firm. If they make commercial sales by a date certain they are obligated to pay royalties. Waiting on period to expire and accounting for commercial sales by New Zealand firm. If royalties are paid, entities listed and account receivable may have value.

Printed: 07/14/2009 02:52 PM    V.11.21

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-70691
**Case Name:** HAGEMANN, RONALD T.

**Period Ending:** 07/14/09

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 03/26/07 (f)
**§341(a) Meeting Date:** 04/26/07
**Claims Bar Date:** 11/29/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** February 12, 2009 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-70691 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | HAGEMANN, RONALD T. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7572855 | Account: | ***-****84-65 - Money Market Account |
| Period Ending: | 07/14/09 | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check # {Ref #} / (Ref #) | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/27/07 | {14} | Julie M. Hagemann | one-half interest in 06 tax return | 1224-000 | 4,700.00 | | 4,700.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.08 | | 4,700.08 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.59 | | 4,702.67 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.34 | | 4,705.01 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.76 | | 4,707.77 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.44 | | 4,710.21 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.39 | | 4,712.60 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.15 | | 4,714.75 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.96 | | 4,715.71 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.87 | | 4,716.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.65 | | 4,717.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,717.82 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,718.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,719.00 |
| 07/31/08 | | To Account #********8466 | Pay bond premium | 9999-000 | | 4.17 | 4,714.83 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.56 | | 4,715.39 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.61 | | 4,716.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.51 | | 4,716.51 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.37 | | 4,716.88 |
| 12/15/08 | {8} | Mobile Logistics Management, LLC | 1/3 ownership | 1129-000 | 4,500.00 | | 9,216.88 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,217.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,217.68 |
| 02/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 9,217.71 |
| 02/03/09 | | To Account #********8466 | Preparation of F. Rpt (under $10,000) | 9999-000 | | 9,217.71 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 9,221.88 | 9,221.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,221.88 | |
| | | | Subtotal | | 9,221.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,221.88** | **$0.00** | |

Exhibit 9  Page: 1  Printed: 07/14/2009 02:52 PM  V.11.2

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 07-70691
Case Name: HAGEMANN, RONALD T.

Taxpayer ID #: 13-7572855
Period Ending: 07/14/09

Trustee: JOSEPH D. OLSEN (330400)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****84-66 - Checking Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #********8465 | Pay bond premimum | 9999-000 | 4.17 | | 4.17 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #07-70691, Bond Number 016018067 | 2300-000 | | 4.17 | 0.00 |
| 02/03/09 | | From Account #********8465 | Preparation of F. Rpt (under $10,000) | 9999-000 | 9,217.71 | | 9,217.71 |
| 04/07/09 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,130.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,130.00 | 8,087.71 |
| 04/07/09 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,672.19, Trustee Compensation; Reference: | 2100-000 | | 1,672.19 | 6,415.52 |
| 04/07/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $32.46, Trustee Expenses; Reference: | 2200-000 | | 32.46 | 6,383.06 |
| 04/07/09 | 105 | Discover Bank/DFS Services LLC | Dividend paid 0.81% on $14,045.49; Claim# 1; Filed: $14,045.49; Reference: | 7100-000 | | 113.91 | 6,269.15 |
| 04/07/09 | 106 | Chase Bank USA | Dividend paid 0.81% on $10,157.06; Claim# 2; Filed: $10,157.06; Reference: | 7100-000 | | 82.38 | 6,186.77 |
| 04/07/09 | 107 | Chase Bank USA | Dividend paid 0.81% on $8,671.36; Claim# 3; Filed: $8,671.36; Reference: | 7100-000 | | 70.33 | 6,116.44 |
| 04/07/09 | 108 | AMCORE BANK, N.A. | Dividend paid 0.81% on $754,156.51; Claim# 4; Filed: $754,156.51; Reference: | 7100-000 | | 6,116.44 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 9,221.88 | 9,221.88 | $0.00 |
| Less: Bank Transfers | 9,221.88 | 0.00 | |
| Subtotal | 0.00 | 9,221.88 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,221.88 | |

Net Receipts: 9,221.88
Net Estate: $9,221.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 9,221.88 | 0.00 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 9,221.88 | 0.00 |
| | $9,221.88 | $9,221.88 | $0.00 |

{} Asset reference(s)

Printed: 07/14/2009 02:52 PM V.11.21